1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   SHEA LITA BOND, SBN D.C. 469103
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8934
       Facsimile: (415) 744-0134
7      E-Mail: Shea.Bond@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| MARY GOEDE, ) | CASE NO. 1:09-cv-01777 SMS |
| Plaintiff, ) | |
| ) | **STIPULATION TO REMAND THE** |
| v. ) | **ACTION TO THE SOCIAL SECURITY** |
| ) | **ADMINISTRATION PURSUANT TO** |
| MICHAEL J. ASTRUE, ) | **SENTENCE SIX OF 42 U.S.C. § 405(g);** |
| Commissioner of ) | |
| Social Security, ) | **ORDER** |
| ) | |
| Defendant. ) | |

Plaintiff Mary Goede and Defendant Michael J. Astrue, the Commissioner of the Social Security Administration, through their counsel of record, hereby stipulate to remand this action pursuant to sentence six of 42 U.S.C. § 405(g).

This remand request is made pursuant to sentence six of section 205(g) of the Social Security Act, 42 U.S.C. 405(g), which provides that:

"The court may, on motion of the Commissioner of Social Security made for good cause shown before the Commissioner files [his] answer, remand the case to the Commissioner of Social Security for further action by the Commissioner...."

See 42 U.S.C. 405(g); see also Melkonyan v. Sullivan, 501 U.S. 89, 101 n.2 (1991); Shalala v. Schaefer, 509 U.S. 292 (1993).

Here, the administrative law judge dismissed Plaintiff's request for a hearing on the basis of res judicata. After reviewing the case file, the Appeals Council has determined that res judicata was not applicable and that Plaintiff should be offered the opportunity for a hearing.

Good cause having been shown, the action should be remanded to the Commissioner for further proceedings as stated above. The Commissioner will reinstate the action in this Court when the record is complete.

Respectfully submitted,

Dated: March 8, 2010
BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Shea Lita Bond*
SHEA LITA BOND
Special Assistant U.S. Attorney

Attorneys for Defendant

Dated: March 8, 2010
/s/ *Ann Cerney*
(As authorized via email)
ANN CERNEY
Attorney for Plaintiff

## ORDER

IT IS SO ORDERED that Status Reports are to be filed every sixty (60) days.

IT IS SO ORDERED.

**Dated:   March 11, 2010**          /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE