UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARY GOEDE, | ) | 1:09-cv-01777-SMS |
| Plaintiff, | ) | |
| v. | ) | **ORDER DIRECTING DEFENDANT TO FILE STATUS REPORT WITHIN SIXTY DAYS AND AT SIXTY-DAY INTERVALS** (Doc. 14) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

On March 15, 2010, this action was remanded pursuant to sentence six of 42 U.S.C. § 405(g) for further administrative action. The Court finds it necessary to monitor the progress of the case during its remand to the agency.

Accordingly, defendant is ORDERED to FILE a status report containing all relevant information regarding the status of the case within sixty (60) days from the date of service of this order, and at sixty-day intervals thereafter until further order of the Court.

IT IS SO ORDERED.

**Dated:   March 17, 2010**             /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE

1