BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX,
Social Security Administration

ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8924
    Fax: (415) 744-0134
    E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

| | |
|---|---|
| Mary J. Goede,<br><br>    Plaintiff,<br><br>       v.<br>Michael J. Astrue,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 1:09-CV-01777-SMS<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO FILE HIS BRIEF** |

1

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 45-day extension of time, up to March 28, 2013, to file his brief. This extension is requested because the parties needs more time to explore the possibility of a settlement.

                                                   Respectfully submitted,

/s/ Ann M. Cerney *
Ann M. Cerney
PLAINTIFF'S ATTORNEY
* by Armand Roth by authorization of 1/15/13

BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX
Social Security Administration

Dated: February 4, 2013                /s/ Armand D. Roth
                                         ARMAND D. ROTH)
                                         Special Assistant U.S. Attorney

                                         Attorneys for Defendant

PURSUANT TO THE STIPULATION, IT IS SO ORDERED

DATED   2/4/2013                      /s/ SANDRA M. SNYDER

                                   SANDRA M. SNYDER
                                   UNITED STATES MAGISTRATE JUDGE